1
2
3
4
5
6
7

8                    **UNITED STATES DISTRICT COURT**

9                    **CENTRAL DISTRICT OF CALIFORNIA**

10

| | |
|---|---|
| 11  Alexander C. Velasquez, Maria Julia Hernandez, | Case No. CV09-9080 SJO (CTx) |
| 12 | |
| 13        Plaintiffs, | |
| 14        vs. | **JUDGMENT** |
| 15  ARGENT MORTGAGE COMPANY, Lender, Citi-Residential Lending, Inc., Servicer, US BANK NATIONAL, ASSOC. CR Title Serv. Inc. Trustee and DOES 1-50, Inclusive, | |
| 16 | |
| 17 | |
| 18        Defendants. | |

19
20
21
22
23
24
25
26
27
28

BUCHALTER NEMER
ATTORNEYS AT LAW
IRVINE

BN 5392423v1

1  Pursuant to the Court's Order of February 12, 2010 granting defendant Argent Mortgage Company LLC's ("Argent") motion to dismiss pursuant to Federal Rule of Civil Procedure 12(b)(6) against plaintiffs Alexander C. Velasquez and Maria Julia Hernandez (collectively "Plaintiffs"),

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Plaintiffs' action against Argent is DISMISSED WITH PREJUDICE. ~~Argent shall recover its costs.~~ The Court orders that such judgment be entered.

IT IS SO ORDERED.

DATED: February 23_, 2010

*S. James Otero*

THE HONORABLE S. JAMES OTERO
JUDGE, UNITED STATES DISTRICT COURT

Respectfully submitted by,

BUCHALTER NEMER
A Professional Corporation
    Joanne N. Davies (SBN: 204100)
    *jdavies@buchalter.com*
    David M. Liu (SBN: 216311)
    *dliu@buchalter.com*
18400 Von Karman Avenue, Suite 800
Irvine, CA 92612-0514
Telephone: (949) 760-1121
Facsimile: (949) 224-6477

Attorneys for Defendant
Argent Mortgage Company, LLC